## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Spartanburg Regional Health Services District, Inc. d/b/a Spartanburg Regional Healthcare System, Spartanburg Regional Medical Center, Spartanburg Hospital for Restorative Care, and B.J. Workman Memorial Hospital, on behalf of themselves and others similarly situated, | ) ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 7:03-2141-HFF |
| vs. | ) ) | |
| Hillenbrand Industries, Inc., Hill-Rom, Inc. and Hill-Rom Company, Inc., | ) ) ) | |
| Defendants. | ) | |

### ORDER APPROVING FINAL ADMINISTRATION AND SHUTDOWN OF SETTLEMENT FUND

This matter comes before the Court on the motion of the Plaintiff to authorize the Settlement Administrator to take the steps necessary to effect shutdown of the Settlement Fund (the "Fund").

After consideration of the motion, it is, this 24th day of September, 2008, hereby **ORDERED** as follows:

The Settlement Administrator is authorized to pay pro rata shares of the Fund to Ms. Sharon Weisman and Ms. Ruth Glen. These claimants' pro rata shares shall be calculated in the same manner and in the same proportion set forth in Class Counsel's April 2, 2007 Unopposed Motion to Authorize the Settlement Administrator to Distribute the Net Settlement Fund in Pro Rata Shares to Class Members with Approved Claims, as approved by the Court in its Order dated July 2, 2007.

1. The Settlement Administrator is authorized to pay PriceWaterhouseCoopers an amount of $8,400 for accounting and tax services rendered to the Fund.

2. The Settlement Administrator is authorized to make the cy pres distribution to NXT,

Inc., as ordered in the Court's May 9, 2008 Order, of all funds remaining in the Fund.

    3.    Should there be any additional amounts in the Fund after the completion of the foregoing items, the Settlement Administrator is authorized to make a second cy pres distribution to NXT, Inc. of all amounts remaining in the Fund.

    4.    Upon completion of each of the foregoing items, Class Counsel and the Settlement Administrator are authorized to cease operation of the Fund and to close the Escrow Account. The Court will at that time consider administration of the Fund completed.

It is also **ORDERED** that all Class Members, whether or not they have made a claim or received a payment from the Settlement Fund, are barred from making any further claim against the Settlement Fund, and all persons involved in the review, verification, calculation or any other aspect of the processing of the claims submitted in this matter, or otherwise involved in the administration of the Settlement Fund, are released and discharged from any and all claims arising out of such involvement.

It is further hereby **ORDERED** that Class Counsel is authorized, in conjunction with the Settlement Administrator and the Escrow Agent, to take such reasonable steps as may be necessary to give effect to this Order.

**IT IS SO ORDERED**.

Signed this 24th day of September, 2008, in Spartanburg, South Carolina.

    /s Henry F. Floyd
    HENRY F. FLOYD
    UNITED STATES DISTRICT JUDGE